**Order filed, May 30, 2019.**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-19-00097-CR**
**NO. 14-19-00098-CR**
**NO. 14-19-00099-CR**
**NO. 14-19-00100-CR**

_____

**PATRICK  DEON  SMITH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 21st District Court**
**Washington County, Texas**
**Trial Court Cause No. 17557, 17675, 17814, 17908**

---

## ORDER

The reporter's record in these cases were due **May 29, 2019**.  *See* Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Margaret Raiford**, the official court reporter, to file the record in these appeals **within 30 days** of the date of this order.


PER CURIAM